AO 442 (Rev. 12/85) Warrant for Arrest

FBI-9604-0703-1186-5

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA
V.

MANUEL GUERRA

**WARRANT FOR ARREST**

CASE NUMBER: 96-0588 CR-ROETTGER

MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____MANUEL GUERRA____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense) interfering with interstate commerce by robbery and using a firearm during a crime of violence.

in violation of Title __18__  __26__ United States Code, Section(s) __1951, 924(c)__  __5861(d), 5871(i)__

LINNEA JOHNSON
Name of Issuing Officer

[signature]
Signature of Issuing Officer

MAGISTRATE JUDGE JOHNSON
Title of Issuing Officer

6-28-96  Miami, FL.
Date and Location

Bail fixed at $ __no bond__ by __LINNEA JOHNSON__
                                  Name of Judicial Officer

FILED by _____ D.C.
FEB 28 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __Miami, FL by ATF__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07-03-96 | NEIL DESOUSA | BY: JOE GODSK |
| DATE OF ARREST | Acting U.S. Marshal, SD/FL | SDUSM, SD/FL |
| 07-15-96 | | |

## BOND RECOMMENDATION

DEFENDANT____MANUEL GUERRA_____

$___PTD_____ (Personal Surety, Recognizance, Corporate Surety, Cash)
                 (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

_____
RONALD G. DEWAARD
ASSISTANT UNITED STATES ATTORNEY

Last Known Address_____

What Facility_____  _____

Agent_____
       (FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (CUSTOMS)   (ATF)